UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61150-CIV-COHN

Magistrate Judge Seltzer

SUCCES SYLVESTRE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant,

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION and
## FINAL ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANT

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 19] of Magistrate Judge Barry Seltzer, Plaintiff's Motion for Summary Judgment [DE 15], Defendant's Motion for Summary Judgment [DE 16] and Defendant's Supplemental Motion (requested by the Magistrate Judge) [DE 18].  The Court notes that the Plaintiff has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed on February 24, 2011.

As no timely objections were filed, the Magistrate Judge's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion.  Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), *cert. denied* 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  As to the legal conclusions of the Magistrate Judge, the Court has reviewed the arguments of the parties, and is otherwise fully advised in the premises.

This Court agrees with the reasoning and analysis of the Magistrate Judge that the Plaintiff's Motion for Summary Judgment be denied and the Defendant's Motions should be granted.  The Court agrees with the Magistrate Judge that the Administrative

Law Judge ("ALJ") in this Social Security disability case relied on substantial evidence in the record to support his conclusions that Plaintiff was not disabled.  Specifically, the ALJ's decisions to discount Plaintiff's testimony regarding his subjective complaints of pain and medication side effects and the ALJ's questions to the vocational expert and conclusions drawn from them were appropriate.  The ALJ and Magistrate Judge applied the correct legal tests, and no error was committed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 19] is hereby **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment [DE 13] is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment [DE 16] and Supplemental Motion [DE 18] are hereby **GRANTED**;

4. The decision of the Commissioner in this case is hereby **AFFIRMED**, and the Complaint in this case is hereby dismissed on the merits;

5. All other pending motions are denied as moot;

6. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of March, 2011.

JAMES I. COHN
United States District Judge

copies to:

counsel of record on CM/ECF